UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 22-cr-00350-JEB |
| : | |
| **JUSTIN DEE ADAMS,** : | |
| : | |
| **Defendant.** : | |

**JOINT STATUS REPORT**

The United States of America and defendant Justin Dee Adams jointly file this status report to update the Court on the status of the case.

1. The parties have reached an agreement to resolve this case through a guilty plea in advance of trial. The defendant has signed the plea offer letter and statement of facts and returned them to counsel for the Government.

2. As the Court is aware, the defendant is also under indictment in the District of Utah, where he is currently detained, in case number 22-cr-00419-DBB. A 3-day jury trial in that case is scheduled to begin on June 13, 2023.

3. Accordingly, the parties respectfully propose to file a joint status report after the completion of the trial in Utah, or in the event the Utah case is resolved before trial, at which point the Court may determine when to schedule the plea hearing in this case.

4. The parties agree that, pursuant to the Speedy Trial Act, the time between April 10, 2023 and the next court conference should be excluded from speedy trial calculations on the basis that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar No. 481052

By:    /s/ Brian Morgan
        BRIAN MORGAN
        Trial Attorney
        Detailed to the District of Columbia
        NY Bar No. 4276804
        601 D Street NW
        Washington, DC 20530
        Brian.morgan@usdoj.gov
        (202) 305-3717