<u>ATTACHMENT</u>

Letters of Support

## J. Adams for Chief Judge Boasberg

From:  Capell, Mark (mark.capell@va.gov)

To:     jerryraysmith@verizon.net

Date:  Thursday, November 9, 2023 at 12:15 PM EST

11/09/2023

Jerry Ray Smith, Attorney at Law;

This letter is in regards to;  J. Adams (1907). Mr. Adams continues to be involved in therapies at the SLC-VAMC. He is meeting  all  therapy goals at this time;  mood is stable-taking meds as prescribed, he is maintaining  employment, manifesting the ability to foster positive relationships with family/support network, and  active in volunteer work through his community church.

Mr. Adams  continues with the following programs at the Salt Lake City- VAMC; CWT-MH Work Program, Medical-PACT for medication review, Neurology/outpatient and Speech Pathology/outpatient.

Sincerely,

Mark Capell, LCSW
500 Foothill BLVD. SLC, UT. 84148
801-582-1565, Ext. 6410

# Department of Veterans Affairs

**Compensated Work Therapy**

Transitional Work Experience & Supported Employment Programs

**APPRECIATION AWARD**

*Presented this 1st day of November 2023 to*

## Mr. Justin Dee Adams

For your exceptional performance and commitment to your assigned duties at the George E. Wahlen VA Medical Center. You are to be commended in your work effort and ethics as they have not gone unnoticed.

*Rebecca. L Jensen MA'ed*
*Rehabilitation Counselor*

*Dr. Robert K, Banz, Ed.D. CPRP*
*Program Manager, CWT Program*

2

Mark Whitchurch



To the Honorable James E. Boasberg:

My name is Mark Whitchurch and I am a friend, neighbor and bishop of the Church of Jesus Christ of Latter-day Saints to Justin Adams. I have known Justin and his family for the last six years. Because of both our employment and other obligations, I had only gotten to know Justin very briefly before COVID. He was always very gracious and friendly. Once COVID hit, he and I had a disagreement which left our relationship a bit fractured and he didn't want to speak with me again. His family continued to stay involved with church attendance and activities and I used that opportunity to follow up with his wife, asking how he was doing.

Last year, I was informed of Justin's arrest and incarceration by his wife, telling me it was due to his participation in events on January 6. In the almost year in which Justin has been in custody, I have gotten even more close with the family, frequently checking in on his status. Admittedly I did not have any personal contact with Justin until May 31 of this year when I had a video visit with him in the jail. He was the same Justin who I knew and respected. He was very clear-headed and we had a great discussion on how he had been doing and what his future was to hold. Once he was released and able to return home, awaiting the next legal steps, he returned to church with his family. It has been great having him back.

Since Justin's release, I have met with him several times. Each time I do, both as a friend and as his bishop, I can see peace and understanding in his eyes. He accepts responsibility for his actions and anxiously awaits his sentencing in December. He spends as much time as possible with his wife and children and they love having him home. It has been a great blessing for Justin to be home with his family, rather than in state or federal custody and it has allowed him to grow much closer both to his family and neighbors.

Having served in law enforcement, even for a very short time, I respect and appreciate everything you do as a judge. It is not an easy position to execute and oft-times very thankless. While I am sure there are still conditions Justin needs to meet in order for this to be completely put behind him, I believe it will be of most benefit to him to physically remain as close to his family as possible. That of course can mean wearing an ankle monitor, being in official custody near his home with visiting opportunities, etc. Having Justin home or near home will allow him to continue to be the father and husband he is now and continues to strive to be.

Thank you for the opportunity to share my experiences with Justin and share who he is.


Sincerely,

3

7 September 2023

MEMORANDUM FOR Chief Judge J Boasberg
FROM: Lt Col Robert Briggs
SUBJECT:  Statement of Character/Reference Letter for Justin Adams

I am writing to express my thoughts regarding Justin Adams and to provide a character reference for him, based on having known Justin for approximately 12 years. Justin is married to my wife's cousin, Yvette Adams. We are a close-knit family, despite the fact that I am active duty military member and my direct family and I move every ~3-4 years. My family visits the Adams family and other family members for two weeks over Christmas holidays, and for 4-6 weeks each summer. Meanwhile, Yvette/Justin and family visit our family in California, Texas, or Ohio since we moved from Utah in 2015.  We stay in frequent contact due to our friendship, and the friendship shared between Justin and Yvette's oldest daughter and our youngest daughter, who are each ~12 years old.

a) Justin values his family. He typically is very considerate of his wife and his two children with her as well as an older son (>20 yr old) who he had before he and Yvette met. Justin also cared deeply for his mother, who passed away a few years ago, and battled with mental health concerns throughout her life. Since, I also have had a father with schizophrenia, I've admired that about Justin. He and Yvette have sacrificed time, attention, and even some career ambitions in order to care for his mother, in their home, at a time that she needed it most. He's also offered his home to his oldest son, at times that he has benefited from this help. Above all – he treats his children well, spends time with them, communicates openly with them, and provides appropriate structure and guidance to them. It is obvious that he loves his children, and being separate from his family for a time while waiting sentencing in Utah (for which he was cleared of charges) has been a challenge for his wife and children, due to the love and closeness they share.

b) Justin is a responsible citizen. Though Justin and I don't always see eye-to-eye on all political matters, he is respectful and understanding of others' opinions. He seems to genuinely care about my family and the various sacrifices our family goes through to serve in the US military. Since Justin is generally respectful and careful not to hurt others, it was a surprise to learn of his involvement in the events of January 6, 2021. Though the still shot photos we saw on this day make him appear reckless, those that know him know that he has a good heart and loves to help and serve others. He exemplifies the simple phrase "Kindness Matters". He leads by example and inspires these values in his children and consistently demonstrates good intentions.

c) Justin takes ownership of his mistakes and plans to do better. Justin has apologized to his wife, Yvette, and others for involvement in the January 6, 2021 events. I believe he regrets being with the crowd or any aggressive-appearing acts that occurred that day. Justin has no intent to harm anyone. Images of that day give an inaccurate portrayal of Justin's true/typical character and behavior. Justin was recently held for several months in Utah on charges that he was later cleared of. Justin didn't turn bitter or retaliate when jailed despite accusations that didn't stand up in trial or on video. Instead – he has made vows to himself, his wife, and his God to do and BE better. His mental and physical health have even improved while taking what he refers to his kids as a "time out". He is more conscientious than ever about how he treats those around him, but most noticeably and especially his family.

4

5

I'm confident that whatever the penalty for his actions, Justin will take ownership of these actions and will continue to improve himself each day and be a consistent benefit to his family and the community in which he resides.

It's been said that a man's mistake doesn't define him, but what he does AFTER that mistake that is a true measure of that man. I am confident that Justin can move past this and continue to be a blessing to his family, friends, and those around him….thus I'm hoping that Justin's character and his typical attitude, values, and behavior will be considered when determining his sentencing for charges pressed against him from events related to Jan 6, 2021.

**Robert A. Briggs, Lt Col, USAF, BSC**

5

October 9, 2023

To: Chief Judge J. Boasberg

From: Yvette Adams

Re: Statement of Character/Reference Letter for Justin Adams

The first time I saw Justin was at church in 2009.  He made an impression on me because he was singing in the church choir.  I remember the choir and congregation sang together a song called "The Spirit of God".  It is a song traditionally sung in our church at temple dedications.  Justin choked up during the song, and I could tell it really touched him.  I swooned over this big tall man who sang in the church choir and felt the spirit of God so closely that it made him tear up.  I knew I wanted to get to know him.

The first time I got to talk to Justin is when he visited my house on a service assignment with our church.  Conversation was easy and I learned that we were both preparing to run our first half marathon.  I knew that I wanted to continue getting to know him, so I invited him to call me if he ever wanted to go on a long run together.  Sure enough, he called.  I was so excited!

Our courtship was short.  He is the first man that I had ever dated.  He made me laugh and he was easy to talk to.  When we were dating we enjoyed going on runs, watching movies, cooking, reading scriptures, talking, and visiting with family.  He had a way of looking at me that made me feel cherished.  It was while dating that I learned he had been in a motorcycle accident when he was in his early twenties and he had almost died. I was told that he had a traumatic brain injury (TBI), and that his personality had changed following the accident.  The only residual effect I could see of his injury is what he referred to as "brain resets".  I learned later that these are a form of a simple seizure, a common side effect of a TBI.  We were married in the Salt Lake City Temple on June 12, 2010.

Justin and I knew we wanted kids together.  He had a son from a prior relationship that was graduating high school the year we married.  He told me that he regretted not being a part of his son's life until his son was 7.  He wanted children with me, and he told me that he wanted to be a present dad, and to have great relationships with his children.  We discussed who would be the stay-at-home parent, if this were ever an option.  We decided that since I had completed more schooling and was a long time at my employer, it would make sense that he would be the at-home parent.  I had my bachelor's degree when we got married, and he supported me through obtaining my master's degree.  We both worked, me at a bank, and he worked at a company called Apex Dental where he provided customer technical support.

We grew even closer during the first couple of years of our marriage.  I had distinct impressions that Justin is my forever soul mate and we were meant to be together.  Although, life was not without difficulties.  I remember that Justin had a couple of job changes, one of which took him out of state as a long haul truck driver.  It was hard to have him gone, especially because his son had moved in with us temporarily after his son had a fight with his mom.  Home life was better when Justin was there to take on the burden on parenthood with me.  Also, Justin's parents had divorced when he was younger, and his single mom had struggled with her mental health over the years.  We decided that we wanted her to

6

move in with us so that he could be there for her and help her more. He is the 4th of 10 children in a blended family, and I think the responsibility of caring for his mom weighed on him.

Our daughter was born April 14, 2013. He was such a cute daddy. We had a deal that whenever my daughter needed a diaper change and he was home, he was the one that would do it. He never missed an opportunity to help. There were a lot of sleepless nights, as is typical with newborns. After I went back to work we would tag team late night feedings so that both of us could get some sort of rest. Family was always a central part of life, with our kids and with our extended family. It brought us both happiness to spend time together as a family.

Our son was born June 2, 2016. By this time we had moved to another home that was further away from our extended family. Justin's oldest son was no longer living with us, but Justin's mom was still with us. Justin returned to college to study social work. He did a lot of volunteerism, including work with Big Brothers Big Sisters, served at a shelter called the Christmas Box House, and did an internship with a youth ranch. He was mostly active in church, and he did some volunteerism there too.

Like his mom, Justin also struggles with some depression. I grew up with a dad that lived with severe anxiety, and had bouts of deep depression at times (ultimately taking his own life), so I am familiar with mental health problems. For Justin, his depression usually manifests itself through self doubt, and thoughts of not being good enough or likeable. Justin's depression would usually come and go like waves of the sea. The tide of depression would come in, and last for a couple of days to a week, and then recede. I know Justin was on a depression medication when we first got married. But, he discussed stopping his medication a couple of years into our marriage. After he was off of his medication, the depression waves would be harder, but we seemed to manage. I do think that his depression contributed to some of the struggles he had with job satisfaction, which led to some of the job changes he has had over the years.

I think Justin's first grand maul seizure was in 2017. We were asleep and he had been snoring really loud. All of a sudden his whole body started to shake. I could see him drooling at the mouth, and his eyes were shut tight. He wasn't breathing. I was so scared. He shook for what felt like forever, and when he stopped shaking and finally started getting air, his face was blue. I called 911. That is when it really felt like our world was turned upside down. That first grand maul seizure began a series of events and life circumstance that was harder than anything I have ever experienced.

Due to his seizures he was no longer able to drive. When he had a second seizure, we knew the first was not just a fluke. We went to several doctors, and had a bunch of tests run. The doctors thought the seizures were likely a result of his TBI. They put him on various medications, trying to find something that would manage his seizures. He had to stop working. The medicine reeked havoc on his mental health. His mood was unstable, and at times he was suicidal. He spiraled into a depression that he would not come out of for a very long time. Weeks turned into months, and months turned into years. During those years Justin and I just did the best we could. We tried to keep life as normal as possible, but it was hard. Justin's mom passed away. His depression still came and went, but it stayed more than it was gone. Justin became very isolated. He had stopped going to church, and his light was gone from

7

his eyes.  He kept to himself a lot.  He would sit out in his "man cave" and work on his business stuff (JD Guns and Gear), and listen to political based news.

And then there was COVID.  As if life couldn't suck more.  With all of the unrest in the world, and then the chaos of shut-downs, mask mandates, and political divides, it felt as if the world was caving in. Justin had been following the news regarding the election.  He felt that there was evidence to suggest that investigation into the election results were needed.  He told me he wanted to go to Washington for a protest against certifying the election.  I told him I was concerned because of how divided people are about a lot of things; but that I felt like he should do what he felt was right.  "Just be safe, and don't do anything stupid", I had said.

Obviously things did not go as peacefully has I had hoped, since I am writing to you today.  When the FBI called me while I was at work to tell me they had Justin in custody, shock and fear went through me. And then when I saw a news article about Justin, I was devastated.  The person described in the article is not the Justin I know and love.  I was so sad that this is the story people were hearing about my husband.  Not because I didn't believe the article to be true, but because this was a story about a bad moment and a bad reaction.  It is likely that the people who read or hear stories about Justin on that day will never know the man that I know.

Justin was detained at the time of his arrest.  After the initial shock and fear of having Justin in jail settled, it was easy to accept that he was not at home.  I know that might sound strange; but, in the months leading up to his arrest, Justin had become even more isolated, he was not helping with the kids, and he was depressed a lot.  It took a few days, but Justin's doctor was able to contact the jail and let them know the prescriptions he should be taking – one for his seizures, and one for his depression. He started on a regular regimen of medicine.

We found some normalcy in daily telephone visits.  Some days Justin didn't fee like talking, and sometimes we just sat in silence.  But mostly, we would talk about daily happenings in both of our lives. The hardest thing to happen while Justin was in jail was when his dad died in January 2023.  Justin's dad had suffered with cancer for a couple of years.  I was told in early January that his dad had taken a turn for the worse.  I contacted his attorney to see if we could request a furlough; however, it was near a holiday weekend and the attorney was not able to take timely action.  Justin wasn't able to attend the funeral.  I was heartbroken for him.  He admired and loved his dad.  It was a hard loss to not be able to be there to pay his respects and say goodbye.

Then, one day, I think it was early spring 2023, Justin told me he had been participating in some of the programs the jail offered.  He had also started attending church services there.  We started having some conversations based on spiritual topics.  Slowly, I started to see the light returning to Justin's eyes.  He was becoming the Justin I used to know.

There is a song that I have been listening to that describes perfectly how I feel about this situation; it is called *Blessings*, by Laura Story.  In the song it talks about the things we pray for including peace, protection, and ease of suffering.  But then it says, "what if your blessings come through raindrops?

8

What if your healing comes through tears? What if a thousand sleepless nights are what it takes to know You're near, and what if trials of this life are Your mercies in disguise?"

While it has been incredibly hard to go through this experience, I do think that we received a great blessing.  I think that God worked a mighty miracle in Justin to bring him back to him.  I know that Justin regrets his actions of that day in January 2021.  And I know that by the grace of God and the programs offered by the prison system, Justin found his way back through the eight and a half months he was in jail.

Since Justin has been home it is apparent that the person I met and fell in love with has returned to me. From the time he came home he has wanted to do things to show me how much he cares for me and our family.  He has attended several family events, he opens my door for me, he started reading with the children every day after school, he guides and helps them to keep the house clean, he helps me with the grocery shopping, and I have not had to do any laundry since he came home.  Justin started attending church with me again, has attended several church activities, and has participated in church volunteer service.  He is patient, loving, and fun to be around.  We go on dates together again, and he plays board games with me and my family.   He got his drivers license renewed.  He has been taking his medicine regularly, and he is attending therapy.  Justin helps with the school carpool, and he started a program at the VA Medical center to help re-introduce him to working again.

One of the things I admire about Justin is that he is a very accountable man.  Both of us know that there is a penalty that must be served to fulfill the laws of justice.  My hope is that this letter can give you some insight into the man that Justin really is, and that you can see that the course he is on has been corrected.  My ask is that you apply mercy during his sentencing, and that his sentence is as minimal as possible, so that I may have him back permanently.

Best Regards,

Yvette Adams

# Character Reference - Justin Adams

From:   Yvonne Ruiz Diaz ████████████████████

To:     jerryraysmith@verizon.net

Date:   Thursday, September 7, 2023 at 09:08 PM EDT

September 7, 2023

Attn: Chief Judge Boasberg

Re: Justin Adams

This letter is to give a statement of character/reference for Justin Adams.  Justin Adams is married to my twin sister Yvette Adams and they currently live next door to me and my family (including my mother, his mother-in-law).  When Yvette and Justin first got married he was such a light and good-hearted man.  I was so impressed with him because of his dedication to his family, his church, and his service to the community.

When Yvette and Justin first got married, Justin was part of the big brothers/big sisters program and had a little brother that tagged around with him every once and a while.  The boy that he mentored came from a home with a single mom and a difficult situation.  Justin was very kind and respectful to both this mother and "his little". It was so fun to see the interaction between him and "his little" because Justin was such a kid at heart and loved to meet kids at their level and talk to them in a way that was not patronizing or assuming.

After a while, Yvette and Justin moved into my neighborhood, just down the street and Justin's mother ended up moving in with them.  She suffered from some mental illness, and I was impressed with how patient and understanding Justin was with all of the struggles she went through due to that mental illness.

Yvette and Justin later ended up moving away to a further neighborhood (along with his mom) and Justin decided to support Yvette and her desire to pursue her career more aggressively and Justin became a full-time dad and started up his own online business JD Holsters. He had served in the military and loves all things military.  He got his license to sell firearms and was making holsters.

I think it was about 2018 that Justin started having seizures.  It was very concerning to Yvette and Justin was trying to find a way to deal with the new reality of what his life might look like with an illness that doesn't allow you to drive.  It was very stressful emotionally on all their family. It was a blessing that she and Justin decided to move into a house next door to me so I could help get their kids to and from school.  It ended up that they needed to put Justin's mom in a home for elderly with dementia.  I did see a change start to happen in Justin.  He was struggling.  With his mom's condition getting worse and with his own health challenges you could see that it started to wear on him.  When covid hit it was the WORST thing that could have happened to Justin.  He really withdrew and I could see that he started having more of a short temper and would go out to the garage (his man cave) to isolate himself so he wouldn't say anything that would hurt anyone.  Yvette could feel the distance but wasn't sure how to help him.

When Justin decided to attend the January 6th event, he asked Yvette her thoughts.  She had told him that he has a family here at home that she needed his help taking care of but that she was not his mother and wouldn't tell him what he could and couldn't do.  After talking with Justin, I know that he regrets that decision.

 When federal officials came to arrest Justin it was a shock to him and our whole family.  It was a LONG 8 months that he had been detained for doing something that he ended up being acquitted for.  At first, he was angry.  He was upset that he was being detained and accused of assaulting a federal officer knowing that he didn't do what they said he had done.  You see, he has always been the kind of person that owns up to their mistakes.  I have seen it time and time again during the duration of Yvette and Justin's marriage.  During that 8 months, instead of becoming increasingly angry and bitter, he turned to Yvette and to God.  He came out of that detention center a different man.  He was again the man

that my sister had married; kind hearted, ready to serve, family oriented.  The light that had dimmed over a period of years was back.

Sir, my sister needs her husband.  His children need him.  My family needs him.  His community needs him.  I know Justin knows that what happened in Washing DC should not have happened.  He made a mistake and I feel like he recognizes that and will serve whatever additional time you deem necessary.  He owns that mistake. For the sake of my sister and more for the sake of his children, I ask that you make the sentence as minimal as possible.

Thank you for taking the time to read this letter and thank you for your consideration.


Sincerely,


Yvonne Ruiz Diaz

Chief Judge J. Boasberg,                    Sept 7, 2023

    Hello! I have known Justin
Adams for many years. In addition
to being married to my cousin, he
is one of my fondest friends.
    Justin is a good man with a
great heart. He is kind and
devoted. He and his wife have two
amazing children, ages 10 and 7.
Justin is a great father! His
children love him and thrive so
much more when both mom and dad
are home. He is attentive, caring,
full of fun, and enjoys making
memories and being the best father
he can be for his children. He also
loves his dogs and they love him right
back.
    Yvette, Justins wife, is an exceptional
woman! She is so much stronger than she
thinks. She loves and adores Justin. She
wants nothing more than her family to be
whole and together.
    Please consider a reduced sentencing
for Justin, Yvette, and their childrens growth
and development. thankyou! Heather Buggs

## Justin Adams

From:   Brandon Adams ███████████████████

To:     jerryraysmith@verizon.net; ███████████████

Date:   Tuesday, September 5, 2023 at 11:43 AM EDT

Chief Judge J. Boasberg
Sir I'm writing this letter on behalf of my older brother Justin D Adams. Of course you can say I'm a little biased because Justin is my brother. Justin and i relationship has grown from as long back as I can remember. Like any brothers we had our challenges, disagreements and outright confrontations during our childhood. I'm fortunate and honored , truly honored to say today "that's my BIG brother ". From the time we had grown up a bit as teenagers Justin and I have had a special bond. A bond only known to brothers. A bond that has grown and strengthened over the last several decades. Again you may find yourself thinking I'm partial to my brother because he is my brother, my blood, family, but I can honestly tell you Judge Boasberg I believe Justin was put on this earth to path the way for me and experience all the bad, sad, tuff times in life before me so he could look back at his little brother , extend his hand and say "I got ya bro….I've been through that trial and hardship so you won't have to!" Judge sir, Justin Adams is the kind of man that actually makes change, and has changed over the years, rather than the person who just says he's gonna change, but never does. I could go into all the trials he's faced in his life, and ask for leniency or recognition of his selfless acts of kindness and bravery in hopes you'd hear the sob story and let him go to be with his wife and children, but you'll see right through that. So I'll say this Judge, let me take his place, as scary as that might be for me or my family, I probably deserve it more than he does. He's served his time, he's paid for his wrong doings and humbled his heart to make room for real change. It's my turn to do for him. Either way, we'll remain brothers your honor, dedicated to each other for all time and hopefully figure out what we have been made to learn from this experience.
Respectfully
Brandon Adams

13

# Letter for Justin Adams- for the judge

From:   Haley Briggs ██████████████

To:     jerryraysmith@verizon.net

Date:   Sunday, September 3, 2023 at 09:54 PM EDT

To Chief Judge J. Boasberg-

I wanted to write a letter to you, in regards to Justin Adams. I have known Justin for the last 3 years as a neighbor, our children often play together, I am good friends with his wife, and I am also involved with his medical care through the Dept of Veteran's Affairs (VA) as a medical provider.

Justin was being held in state custody from November 2022 until June 2023. During this time, I was aware that he struggled substantially in regards to his mental health, faith beliefs, and where he wanted the direction of his life to go. The old adage that men either turn to a higher power, or decide to give up completely,  in extreme circumstances (such as war and prison) -- rings true in Justin's situation. The fact that Justin chose to learn from this situation, and decided to turn his life around, speaks volumes as to the type of man he is. Many people in his case would have become angry and bitter and decided to give up.

Since his release, I have seen multiple significant positive changes in his behavior, mood, and demeanor compared to prior. He is now MUCH more involved with his children and wife, exercising regularly and working on his physical health, taking his medications as prescribed, consistently attending routine medical appointments, and actively participating in mental health treatment. He is involved with the VA's vocational rehab program and is actively seeking transition back into employment. He has been attending religious services with his family again, which is consistent with his faith beliefs. All of these changes are a significant difference from his previous baseline, a year ago. Given his positive and consistent trajectory over the last 6 months, and the excellent social support that he has at home, I am confident that he will continue to be a contributing and functioning member of his family, neighborhood, and society as a whole.  If at all possible, please allow him to have the minimum possible sentence so that he may be able to continue to move forward with his life.

Please feel free to contact me for any other input or questions.

Thank you for your consideration --

Haley Nelson

██████████████

██████████████████████████

██████████████

## Letter to Judge for Justin Adams

From:   Qwinette Olson ▮▮▮▮▮▮▮▮▮▮▮▮

To:      jerryraysmith@verizon.net

Date:   Wednesday, November 29, 2023 at 01:12 PM EST

Dear Cheif Judge Boasberg

My name is Qwinette Olson, I am Justin Adams's oldest sister. I wanted to take a moment to write you a quick letter attesting to Justin's character. Justin has worked very hard to overcome difficulties from a severe brain injury. Through the years I have seen him work hard through difficult times overcoming vices and becoming a committed husband and father. Justin has worked very hard to overcome childhood trauma and make it a point to make amends for things he may have said or done. I seldom see adults in my life work truly as hard as he has to be a better person. I know that his wife and children need him desperately at home and that they are much better off having him with them. Justin willingly served his time this last winter including missing spending time with our father in his final days and missing his funeral. I believe that Justin has made significant strides this year and hope that you will be able to see that as well. Thank you so much for your time. I hope you have a wonderful holiday season.

Qwinette Olson