# ATTACHMENT

# Letter from Justin D. Adams

Chief Judge Boasberg,

The purpose of my letter to you, my honor, is to apologize for my actions causing the felony conviction, and explain that despite my hope that my sentencing will be merciful and not include any further time away from my family and community, communicate that I am willing to accept whichever sentencing punishment determined.  I was taught young to be accountable for my actions, and accept the consequences for my actions.

This has been the first time I have ever been arrested, and the 8 ½ months spent in the Tooele county detention center was the first time I have been placed in detention.  This time was very difficult for me and my family but I was blessed to re-center myself to keeping my religious beliefs, and my family as priority one.

Being released from detention my family and I have been able to spend more quality time together and helped me become closer with my wife and children.  I have spent the time dealing with dental, medical, and mental health issues as well, to prepare for the possibility of me being sentenced to returning to a federal detention center.

Part of my taking care of the dental, medical, and mental health issues, I have been participating in a paid work therapy program at the VA Hospital in SLC, and would like to apply for regular employment.  The work therapy program , CWT, only pays $9.50 per hour but has helped both with my returning to being socially active, and help provide some financial support for my family.  I decided to seek this type of employment opportunity in September 2023 because the hours are very flexible, and if it is determined I am to be sentenced to more detention time in a federal prison, I will be ending a therapy program and noting to quit a job and put the struggle of seeking another employee on the company I was working at.

My return to voluntary work with at my church, and at my children's school has been a great benefit in helping me, my children, and those in my neighborhood grow closer, and better understand and appreciate each other.

I understand the reason for having to sentence someone found guilty of felony charges, or any federal charges, is to help the convicted person fully understand how the actions they took were wrong, and help them to make the needed changes to return to their family and community.  I feel that the challenges myself and my family have experienced, and the changes we have made, and maintained were achieved within the time I spent in county detention, and no other detention time would be needed.

I also understand that this isn't our decision to make, and we are willing to accept the ruling of the United States Judicial system.  Despite the flaws everything created by man have, I joined the US Army because I believe in the strength and fairness in our country and in our countries Judicial system.  I do again ask for your mercy in the decision, as well as offering a thank you for your time and service in judging my case.

Thank You

Justin D. Adams