UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUSTIN DEE ADAMS,<br><br>Defendant. | Case No. 22-cr-350 (JEB) |

**GOVERNMENT'S NOTICE OF FILING OF VIDEOS
PURUSANT TO LOCAL CRIMINAL RULE 49**

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following videos that were provided to the Court and defense counsel on December 7, 2023, via USAFX, relating to the sentencing hearing scheduled for December 8, 2023. As video clips, they are not in a format that readily permits electronic filing on CM/ECF.

The videos are as follows:

1. A file entitled "Ex 1," which is time-lapse CCTV video of the West Front of the U.S. Capitol on January 6, 2023.

2. A file entitled "Ex 2," which is body-worn camera video of an officer from Metropolitan Police Department (MPD) Civil Disturbance Unit 42 on the West Front of the Capitol on January 6, 2023.

3. A file entitled "Ex 3," which is body-worn camera video from MPD Lt. W.H. on January 6, 2023.

4. A file entitled "Ex 4," which is video recorded by a third party on the West Front of the Capitol on January 6, 2023

5. A file entitled "Ex 5," which is a clip from Ex 4, at one third speed.

6.  A file entitled "Ex 6," which is body-worn camera video of an officer from MPD Civil Disturbance Unit 42 on the West Front of the Capitol on January 6, 2023.

7.  A file entitled "Ex 7," which is time-lapse CCTV video of the West Front of the Capitol building on January 6, 2023.

If the Court accepts these proposed video exhibits into evidence, the United States takes the position that the entered exhibits should be released to the public.

        Respectfully submitted,

        MATTEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar Number 481052

By:   /s/ *Brian Morgan*
        BRIAN MORGAN
        Trial Attorney
        NY Bar No. 4276804
        601 D Street NW
        Washington, D.C.  20001
        Office: 202-305-3717
        Brian.Morgan@usdoj.gov